UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------X
PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY
and PENNSYLVANIA MANUFACTURERS
INDEMNITY COMPANY,

                Plaintiffs,

-against-

NATIONAL HEALTH CARE ASSOCIATES, INC.
and NATIONAL FIRE & MARINE INSURANCE
COMPANY,

                Defendants.
-----------------------------------------------------------------------X

Docket No.: 3:22-cv-00877

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action, be and hereby is dismissed with prejudice as to all defendants and without costs to any party.

Dated: January 5, 2023

By: _____
    Sarah M. Ziolkowski, Esq.
MILBER MAKRIS PLOUSADIS
& SEIDEN LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
(516)712-4000
sziolkowski@milbermakris.com
Attorneys for Plaintiff

By: _____
    Gary M. Burt, Esq.
PRIMMER PIPER EGGLESTON
& CRAMER, P.C.
900 Elm Street, 19th Floor
Manchester, NH 03105-3600
(603) 626-3300
gburt@primmer.com
Attorneys for Defendant
NATIONAL FIRE & MARINE
INSURANCE COMPANY

** Defendant NATIONAL HEALTH CARE ASSOCIATES, INC. has not appeared in this action.**